# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRADLEY NEAL GOODSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-15-986-M |
| | ) | |
| JANET DOWLING, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On November 30, 2016, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Amended Petition for Writ of Habeas Corpus be denied. The parties were advised of their right to object to the Report and Recommendation by December 19, 2016. After receiving an extension of time, on January 17, 2017, petitioner filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 27] issued by the Magistrate Judge on November 30, 2016;

(2) DENIES the Amended Petition for Writ of Habeas Corpus, and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 24th day of January, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE